IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS NEIL PICKETT,
        Petitioner,
   v.                                 **Judgment in a Civil Case**
M.D. CARAJAL,
        Respondent.                Case Number: 5:11-HC-2225-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the respondent's unopposed motion for entry of amended judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for entry of amended judgment in the criminal action having been granted, this action is hereby dismissed.

This Judgment Filed and Entered on March 7, 2012, with service on:
Robert Lonnie Cooper (via CM/ECF Notice of Electronic Filing)
Eric Goulian (via CM/ECF Notice of Electronic Filing)

March 7, 2012                                        /s/ Julie A. Richards
                                                          Clerk

Raleigh, North Carolina